

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00118-CR

**CEDRIC WILLIS,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**

### From the 13th District Court
### Navarro County, Texas
### Trial Court No. 33700-CR

## MEMORANDUM OPINION

Cedric Jerome Willis appealed his conviction for assault/family violence. *See* TEX. PENAL CODE ANN. § 22.01(a) & (b-1) (West 2011). He has now filed a motion to dismiss his appeal which he and his attorney have signed.

Willis's motion is granted, and this appeal is dismissed. TEX. R. APP. P. 42.2(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 22, 2014
Do not publish
[CR25]